EDGAR S. KNOX, Appellant, *v.* ELIZABETH F. BECKFORD, Respondent.

Argued April 7, 1941; decided April 24, 1941.

*Milton B. Knox* for appellant.

*Ellis J. Staley, Jr.*, for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: LEHMAN, Ch. J.